FILED
2017 Aug-11  AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **CHRISTI STRICKLIN,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Civil Action No.: _____ |
| **SUN LIFE ASSURANCE COMPANY OF CANADA,** | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Sun Life Assurance Company of Canada ("Sun Life" or "Defendant"), hereby removes this action to the United States District Court for the Northern District of Alabama, Northwestern Division, which is the federal judicial district embracing the Circuit Court of Colbert County, where this case was originally filed as Case No. CV-2017-900196. As discussed below, removal of this action is proper pursuant to 28 U.S.C. § 1331, in that Plaintiff's claims invoke the Court's federal question jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*.

1.      Christi Stricklin ("Plaintiff") commenced this civil action in the Circuit Court for Colbert County, Alabama, on or about July 10, 2017. A true and correct copy of all process and pleadings filed in the State Court Action as

reflected on Alacourt are attached hereto as Exhibit "A".

2. Plaintiff could have originally filed this action against Sun Life in this Court pursuant to 29 U.S.C. § 1132 (ERISA § 502), as Plaintiff seeks to recover long term disability benefits under Group Insurance Policy No. 88945 (the "Policy") issued by Sun Life to SCA Americas, Inc. ("SCA") to insure, in part, the long-term disability component of the SCA's Employee Welfare Benefit Plan (the "Plan"). Plaintiff acknowledges that her claim for benefits is governed by ERISA and <u>expressly</u> seeks relief under the ERISA statute. *See* (Ex. A, Complaint at ¶¶ 5, 13, and 16.

3. The District Courts of the United States have original jurisdiction over civil actions under ERISA pursuant to 28 U.S.C. § 1331 without respect to the amount in controversy or the citizenship of the parties. Therefore, this action may be removed to the United States District Court for the Northern District of Alabama, Northwestern Division, pursuant to the provisions of 28 U.S.C. § 1441(a).

4. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Colbert County, Alabama, as provided by law, and written notice is being sent to Plaintiff's counsel.

5. This Notice of Removal is being filed within thirty (30) days after receipt by Sun Life of the initial pleading on which the aforesaid action is based

pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

6. The United States District Court for the Northern District of Alabama, Northwestern Division, is the federal judicial district embracing the Circuit Court of Colbert County, Alabama, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. § 81(a)(1) and § 1441(a).

7. Sun Life has not sought similar relief.

8. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

9. Should any question arise as to the propriety of the removal of this action, Sun Life respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this cause is removable. *Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

WHEREFORE, PREMISES CONSIDERED, Defendant Sun Life Assurance Company of Canada, desiring to remove this civil action to the United States District Court for the Northern District of Alabama, Northwestern Division, the district and division encompassing the county in which such civil action is pending, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Colbert County, Alabama, shall effect the removal of said civil action to this Honorable Court.

                                              Respectfully submitted,

                                              /s John David Collins
                                              John David Collins
                                              Ashlee D. Riopka
                                              *Attorneys for Defendant Sun Life Assurance Company of Canada*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
T:  (205) 254-1000
F:  (205) 254-1999
jcollins@maynardcooper.com
ariopka@maynardcooper.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 11th day of August 2017:

R. Willson Jenkins
201 South Court Street, Suite 450
Florence, AL 35630

                                          /s/ John David Collins
                                          OF COUNSEL